ANNA GREEN, Executrix, *vs.* HORACE THOMPSON and another, Trustees.

April 20, 1880.

Action for pure personal tort does not survive the death of the tort feaser.

Action under Gen. St. 1878, *c.* 77, § 2, by the plaintiff as executrix of her deceased husband, John Green, to recover damages for injuries inflicted on him, causing his death. The defendants were mortgage trustees in possession of and operating the First Division of the St. Paul & Pacific railroad, and the deceased, a teamster not in the employment of defendants, was run over and killed by a passing train, while driving his team over the railroad track at the Lafayette avenue crossing in the city of St. Paul. Defendants appealed from an order overruling their demurrer to the complaint. Pending the appeal in this court, the defendant Thompson died, and the plaintiff now moves that his executors be substituted as defendants in his place.

*Oscar Stephenson,* for plaintiff.

*Geo. B. Young,* for executors of Thompson.

*By the Court.* Action for an injury to the person of plaintiff's testator, causing his death; there being no contract relation connected with the injury. After a demurrer to the complaint had been overruled, defendant Thompson died. This is a motion to substitute his executors as parties defendant.

At common law, a cause of action for a pure personal tort died with the death of either party. It is the same under the statute, except as changed by Gen. St. 1878, *c.* 77, § 2. The change effected by that section does not extend to preserving the cause of action in such case against the representatives of the deceased tort-feasor.

Motion denied.